Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
KEVVON WATSON

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KEVVON WATSON,<br><br>　　　　Defendant | Case No.: CR 16-470 JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING |

　　A Status Conference related to the supervised release violation petition is currently set for May 16, 2022 at 10:30 a.m. Notwithstanding an amended Petition for Summons[1] related to positive drug tests (which were self-reported by Mr. Watson), Mr. Watson is out of custody, in communication and working with his Probation Officer, and otherwise satisfying the requirements of his supervision.

　　Given Mr. Watson's progress, Probation would like to continue to monitor his progress prior to any resolution of this matter. As a result, the parties stipulate to continue the status conference to July 11, 2022 at 10:30 a.m., a date that works for both counsel and Probation.

//

---

[1] The initial appearance on the Amended Petition is also set for May 16, 2022 at 10:30.

**SO STIPULATED**

Dated: May 11, 2022

Law Office of Adam Pennella

            /s/
Adam Pennella
Counsel for Kevvon Watson


STEPHANIE HINDS
United States Attorney

Dated: May 11, 2022

            /s/
Casey Boome
Assistant United States Attorney


**SO ORDERED**

Dated: May 12, 2022

Honorable James Donato
United States District Court Judge