Law Office of Adam Pennella
Adam Pennella, SBN 246260
717 Washington Street
Oakland, CA 94607
P. (510) 451-4600
F. (510) 451-3002
adam@avplawoffice.com

Counsel for Defendant
KEVVON WATSON

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KEVVON WATSON,<br><br>        Defendant | Case No.: CR 16-470 JD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUPERVISED RELEASE VIOLATION HEARING |

A Status Conference related to the supervised release violation petition is currently set for August 29, 2022 at 10:30 a.m.

Mr. Watson's prior Probation Officer (Brandon Howard) left the office and a new Probation Officer (Kristen Coleman) was assigned to his case on July 6, 2022. While Ms. Coleman continues to supervise Mr. Watson, the parties and Probation believe additional time would be productive in determining how to resolve the currently pending Form 12. Moreover, undersigned defense counsel continues to be on parental leave through the middle of September. As a result, the parties stipulate to continue the status conference to October 24 at 10:30 a.m., the next available date on the Court's criminal calendar that works for the parties and Probation.

//

**SO STIPULATED**

Dated: August 23, 2022                                    Law Office of Adam Pennella

                                                                /s/
                                                 Adam Pennella
                                                 Counsel for Kevvon Watson

                                                 STEPHANIE HINDS
                                                 United States Attorney

Dated: August 23, 2022                                              /s/
                                                 Casey Boome
                                                 Assistant United States Attorney

**SO ORDERED**

Dated: August 23, 2022

                                               Honorable James Donato
                                               United States District Court Judge